1  TUCKER ELLIS & WEST LLP
   MICHAEL C. ZELLERS - STATE BAR NO. 146904
2  PETER E. SCHNAITMAN - STATE BAR NO. 218982
   1000 Wilshire Blvd., Suite 1800
3  Los Angeles, CA 90017-2475
   Telephone: (213) 430-3400
4  Facsimile: (213) 430-3409

5  Attorneys for Defendants
   PFIZER INC., PHARMACIA
6  CORPORATION, and G.D. SEARLE
   LLC

**FILED**
DEC 27 2005
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

BERTHA BONNET, individually and on behalf of HAZEL C. BONNET, deceased,

    Plaintiff,

v.

PFIZER, INC., PHARMACIA CORPORATION, and G.D. SEARLE, LLC,

    Defendants.

Case No. C-05-4180 MJJ

STIPULATION OF THE PARTIES TO EXTEND TIME TO MOVE OR PLEAD

TUCKER ELLIS & WEST LLP
1000 Wilshire Boulevard
Suite 1800
Los Angeles, CA 90017-2475

STIPULATION TO EXTEND TIME TO MOVE OR PLEAD

LAimanage / 28762 / 00002 / 565581 / 1 /

1   The parties, by and through their respective counsel, hereby stipulate as
2   follows:
3   The time for Defendants Pfizer Inc., Pharmacia Corporation and G.D. Searle
4   LLC to move or plead to the Civil Complaint shall be extended to January 13,
5   2006.

7   DATED: December 22, 2005          LIEFF, CABRASER, HEIMANN
                                      & BERNSTEIN, LLP

10                                    By: Scott P. Nealey /per authorization/
                                          Elizabeth J. Cabraser
11                                        Scott P. Nealey
                                          Daniel E. Barenbaum
12                                        Attorneys for Plaintiff
                                          BERTH BONNET

15  DATED: December 21, 2005          TUCKER ELLIS & WEST LLP

18                                    By: _____
                                          Peter E. Schnaitman
                                          Attorneys for Defendants
19                                        PFIZER INC., PHARMACIA –
                                          CORPORATION, and G.D.
20                                        SEARLE LLC

                                      IT IS SO ORDERED

                                      _____
                                      MARTIN J. JENKINS
                                      UNITED STATES DISTRICT JUDGE
                                      12/27/2005
                                      DATE

TUCKER ELLIS & WEST LLP
1000 Wilshire Boulevard
Suite 1800
Los Angeles, CA 90017-2475

2.
STIPULATION TO EXTEND TIME TO MOVE OR PLEAD

LAimanage / 28762 / 00002 / 565581 / 1 /